SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Anil Yadav, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-02615-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ANIL YADAV; ORDER**<br><br><br>Complaint Filed:  SEPTEMBER 18, 2009<br><br>**CASE TO  REMAIN OPEN AS TO REMAINING DEFENDANTS** |

　　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Anil Yadav) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

///

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　CIV: S-09-02615-MCE-KJM

1 This case is to remain open as to the remaining Defendants.  Defendant (Anil Yadav) is
2 dismissed because this Defendant is not a proper party.

Dated: December 31, 2009 /s/Scott N. Johnson
SCOTT N. JOHNSON
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE